UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CHRISTIAN SANCHEZ, *on behalf of himself and all*  :
*others similarly situated*,   :
:
                Plaintiff,   :     20-CV-10183 (JPC)
:
    -v-   :     ORDER
:
LES MILLS UNITED STATES TRADING, INC.   :
:
              Defendant.   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Plaintiff filed the Complaint in this action on December 3, 2020.  (Dkt. 1.)  Plaintiff is ordered to file proof of service by March 24, 2021.

    SO ORDERED.

Dated: March 17, 2021
         New York, New York

                                          JOHN P. CRONAN
                                       United States District Judge