

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D  +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

May 14, 2021

<u>**VIA ECF**</u>

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:  Sanchez v. Les Mills United States Trading, Inc.: Case No. 1:20-cv-10183-JPC

Dear Judge Cronan:

We represent defendant Les Mills United States Trading, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from May 14, 2021 to June 28, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:  All counsel of record (by ECF)

All deadlines are adjourned *sine die*.  By June 28, 2021, the parties shall submit a stipulation of voluntary dismissal or a joint  letter updating the Court on the status of this case.

SO ORDERED.

Date: May 14, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge

US_Active\118257887\V-1